July 10, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

_____

## NO. 15-24-00105-CV

_____

MARC WILLIAMS, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TEXAS DEPARTMENT OF TRANSPORTATION; AND KYLE MADSEN, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE RIGHT OF WAY DIVISION OF THE TEXAS DEPARTMENT OF TRANSPORTATION, Appellants

V.

MMP PROPERTIES LLC, Appellee

_____

This cause, an appeal from an order in favor of appellee, MMP Properties LLC, signed, May 9, 2025, was heard on the appellate record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We further order this decision certified below for observance.

Judgment Rendered July 10, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.